HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JULIE SCHMIDT and LEON GERHARD,<br><br>Plaintiffs,<br><br>v.<br><br>TACOMA POLICE DEPARTMENT, et. al,<br><br>Defendants. | Case No. C09-5135 RBL<br><br>ORDER ON PLAINTIFFS' MOTIONS |

This Matter is before the Court on the following motions: Plaintiffs' Motion for Sanctions [Dkt. #59, 68]; Plaintiffs' Motion to Enter a Default Judgment [Dkt. #60, 82]; Plaintiffs' Motion to Compel Discovery [Dkt. #61]; Plaintiffs' Motion to Depose Opposing Counsel [Dkt. #68]; Plaintiffs' Motion to Appoint Counsel [Dkt. #90].

Plaintiffs' Motion for Sanctions [Dkt. #59, 68] is DENIED.  Plaintiffs' Motion to Enter Default Judgment [Dkt. #60, 82] for ownership of the house and for $77,000 is facially frivolous and is DENIED. Plaintiffs' Motion to Compel Discovery [Dkt. # 61] is DENIED.  Plaintiffs need to file a discovery request with the Defendants before the Court will grant a motion to compel.  Plaintiff's Motion to Depose Opposing Counsel [Dkt. #68] is DENIED.

Pursuant to 28 U.S.C. § 1915(e)(1), the Court may request an attorney to represent any person unable to afford counsel.  Under Section 1915, the Court may appoint counsel in exceptional circumstances.  *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984).  To find exceptional circumstances, the court must evaluate the likelihood of success on the merits and the ability of the

ORDER
Page - 1

petitioner to articulate the claims *pro se* in light of the complexity of the legal issues involved. *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). After reviewing the record, the Court finds that Plaintiffs have not shown any likelihood of success on the merits. Therefore, Plaintiffs' Motion for Appointment of Counsel [Dkt. #90] is DENIED.

**IT IS SO ORDERED.**

DATED this 10th day of November, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2